```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION

RONNA KIMBERLEE CASTELLUCCIO,

        Plaintiff,
v.                                Case No. 8:13-cv-2426-T-33TGW

UNITED STATES OF AMERICA,

        Defendant.
_____/
```

**ORDER**

This matter is before the Court on consideration of the report and recommendation of Thomas G. Wilson, United States Magistrate Judge, (Doc. # 39) filed on March 19, 2014, recommending that the Government's Motion to Dismiss (Doc. # 15) be granted. On April 7, 2014, Plaintiff filed an Objection to the recommendation (Doc. # 42), to which the Government responded on April 18, 2014. (Doc. # 43). After considering the report and recommendation, the objection, and the response, the Court adopts the report and recommendation and dismisses the complaint for lack of subject matter jurisdiction.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright,

681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.  The Court has given careful consideration to the arguments presented in the objection, but determines that the report and recommendation, issued after the Magistrate Judge held an oral argument, thoughtfully and thoroughly addresses all issues presented and correctly recommends dismissal of the action for lack of subject matter jurisdiction.  The objection is therefore overruled.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 39) is **ACCEPTED** and **ADOPTED.**

(2) The Government's Motion to Dismiss (Doc. # 15) is **GRANTED**.

(3) This action is **DISMISSED** for lack of subject matter jurisdiction.

(4) The Clerk shall **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>21st</u> day of April, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel and Parties of Record

-3-